AKRON BAR ASSOCIATION *v.* SPITTAL.

[Cite as Akron Bar Assn. *v.* Spittal (1990), 51 Ohio St. 3d 121.]

(No. 89-2224—Submitted February 14, 1990—Decided May 30, 1990.)

*George A. Clark* and *George J. Emershaw,* for relator.
*George W. Spittal, pro se.*

*Per Curiam.* Having thoroughly reviewed the record, we agree that respondent committed the misconduct found by the board. However, we find the flagrant disrespect that respondent has demonstrated toward the entire judicial system deserving of the legal profession's most severe sanction. Accordingly, we order that respondent be permanently disbarred from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT and RESNICK, JJ., concur.

H. BROWN, J., dissents.

H. BROWN, J. dissenting. I would indefinitely suspend respondent from the practice of law as recommended by the panel of the Board of Commissioners on Grievances and Discipline of the Supreme Court which heard the complaint and the board itself which adopted the panel's findings and recommendation.